IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SOUTHERN OPERATORS HEALTH )
FUND )
) No. 3-10-0518
v. )
)
RAY ANTHONY INTERNATIONAL, )
LLC; RAY ANTHONY; and ERIC )
ANTHONY )

O R D E R

By order entered July 7, 2010 (Docket Entry No. 14), the initial case management conference was rescheduled to August 2, 2010. Prior to the scheduled proceeding, counsel for the parties called the Court to advise that the defendant has paid all principal on the amount the plaintiff agrees was due but the issues of fees, interests and penalties remain outstanding. The defendants have made an offer, which plaintiff's counsel will present to the Board of Trustees of the plaintiff at its next scheduled meeting on September 2, 2010.

As a result, the August 2, 2010, initial case management conference was CANCELLED, and will be rescheduled as provided below.

By September 10, 2010, the parties shall either (1) file an agreed order or stipulation of dismissal; or (2) file a status report on whether or not the parties have been or will be able to reach an agreement in this case. If the parties will not be able to reach a settlement in this case, the initial case management conference will be rescheduled.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge